```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11272
   JOSEPH A LIBNER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9837


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/09/06 and confirmed on 12/07/06.

   2.  The case was converted to Chapter 7 after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $  14160.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 9877.03 | .00 | 9877.03 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7930.69 | .00 | .00 |
| B LINE LLC | UNSECURED | 1937.12 | .00 | .00 |
| PHILLIPS & COHEN ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5961.65 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 405.00 | .00 | 405.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 636.40 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1299.87 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1071.26 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 941.77 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 5583.56 | .00 | .00 |
| WILL COUNTY TREASURER | PRIORITY | 4860.07 | .00 | 1026.78 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10282.03 | 4860.07 | 25362.32 | .00 | 40504.42 |
| PRINCIPAL PAID | 10282.03 | 1026.78 | .00 | .00 | 11308.81 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10282.03 | 1026.78 | .00 | .00 | 11308.81 |

The Debtor's attorney, PATRICK A MESZAROS                , was allowed $   3000.00
and was paid $    750.00  direct and $    2250.00  through the plan.

The Trustee received $    601.19 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 05/20/08                              /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE