UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: LIBNER, JOSEPH A. | § | Case No. 06-11272 |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/20/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/07/2011        By: /s/ Michael G. Berland
                                        Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: LIBNER, JOSEPH A. § Case No. 06-11272
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 133,792.13 |
| *and approved disbursements of* | $ 65,732.49 |
| *leaving a balance on hand of* [1] | $ 68,059.64 |
| **Balance on hand:** | $ 68,059.64 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 68,059.64 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 7,428.91 | 0.00 | 7,428.91 |
| Trustee, Expenses - MICHAEL G. BERLAND | 54.40 | 0.00 | 54.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,483.31 |
| Remaining balance: | $ 60,576.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 60,576.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 60,576.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,547.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Resurgent Capital Services LP as Servicer LVNV | 5,961.65 | 0.00 | 5,961.65 |
| 6 | Capital One Bank c/o Tsys Debt Management | 1,071.26 | 0.00 | 1,071.26 |
| 8 | Cavalry Portfolio Services LLC c/o Providian National Bank | 5,583.56 | 0.00 | 5,583.56 |
| 10 | Roundup Funding, LLC Mail stop 550 | 7,930.69 | 0.00 | 7,930.69 |

Total to be paid for timely general unsecured claims: $ 20,547.16
Remaining balance: $ 40,029.17

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 40,029.17 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 40,029.17 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 5.0% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $5,309.93. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $34,718.69.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                       Case No. 06-11272-BWB
Joseph A. Libner                                             Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers              Page 1 of 3              Date Rcvd: Dec 08, 2011
                              Form ID: pdf006           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2011.
db          +Joseph A. Libner,    211 Haines Ave.,    New Lenox, IL 60451-1604
11072808    +AMC Mtg. Srvces servicer for Ameriquest Mtg. Co.,     Attn: Elsa Chavez,   P.O. Box 769,
              Orange, CA 92856-6769
12064069     AT&T Wireless,    Pob 6028,   Cerritos,CA 90703
10930946   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    c/o Tsys Debt Mgmt.,   PO Box 5155,
              Norcross, GA. 30091)
10944846    +Cavalry Portfolio Services LLC,    C/O Providian National Bank,   7 Skyline Drive, Third Flr,
              Hawthorne, New York 10532-2156
12064051    +David J Babb Jr,    303 W Madison St,   Pontiac, IL 61764-1705
10912451    +HFC,   P.O. Box 9618,    Virginia Beach, VA 23450-9618
10906901     HSBC Auto,    PO Box 17904,   San Diego, CA 92177-7904
10906903    +Phillips & Cohen Assoc., Ltd.,    695 Rancocas Road,   Westampton, NJ 08060-5626
10906904    +Pierce & Associates,    1 North Dearborn St.,   Suite 1300,   Chicago, IL 60602-4373
12064050    +Providian National Bank,    Pob 99607,   Arlington,TX 76096-9607
10977740    +Will County Treasurer,    302 N Chicago St,   Joliet, IL 60432-4059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10907996    +E-mail/PDF: BNCEmails@blinellc.com Dec 09 2011 04:58:15      B-Line, LLC/Cingular Wireless LLC,
              Mail Stop 550,    2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10912517    +E-mail/PDF: BNCEmails@blinellc.com Dec 09 2011 04:58:15      B-Line, LLC/Collect America,
              PROVIDIAN BANK,    Mail Stop 550,   2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
11021852    +E-mail/PDF: BNCEmails@blinellc.com Dec 09 2011 04:58:15
              B-Line, LLC/West Asset Management, Inc.,    HOUSEHOLD AUTO,   Mail Stop 550,
              2101 Fourth Ave., Suite 1030,   Seattle, WA 98121-2317
10906900    +E-mail/Text: cms-bk@cms-collect.com Dec 09 2011 02:34:16       Capital Management Services Inc.,
              726 Exchange St.,    Suite 700,   Buffalo, NY 14210-1464
10906902    +E-mail/Text: ebn@vativrecovery.com Dec 09 2011 02:34:11       Palisades Collections LLC,
              P.O. Box 1274,    Englewood Cliffs, NJ 07632-0274
11473386     E-mail/PDF: BNCEmails@blinellc.com Dec 09 2011 04:58:15      ROUNDUP FUNDING, L.L.C.,   MS 550,
              PO Box 91121,    SEATTLE, WA 98111-9221
10906905     E-mail/Text: resurgentbknotifications@resurgent.com Dec 09 2011 02:31:51
              Resurgent Capital Services,   P.O. Box 19006,   Greenville, SC 29602-9006
10925020     E-mail/Text: resurgentbknotifications@resurgent.com Dec 09 2011 02:31:51
              Resurgent Capital Services LP as Servicer LVNV,    PO Box 10675,   Greenville, SC 29603-0675
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12064070*   +Capital Management Services Inc,    726 Exchange St suite 700,   Buffalo, NY 14210-1464
11729175*    Roundup Funding, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
10906899   ##AMC Mortgage Services,    PO Box 11000,   Santa Ana, CA 92711-1000
12084662   ##+Citi Residential Lending Inc.,    P.O. Box 769,   Orange, CA 92856-6769
                                                                                 TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mmyers              Page 2 of 3              Date Rcvd: Dec 08, 2011
                              Form ID: pdf006          Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mmyers              Page 3 of 3              Date Rcvd: Dec 08, 2011
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2011 at the address(es) listed below:
          Gerald  Mylander    on behalf of Trustee Glenn Stearns mcguckin_m@lisle13.com
          Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com
          Patrick A Meszaros    on behalf of Debtor Joseph Libner patrickmeszaros@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yanick  Polycarpe    on behalf of Creditor  AMC Mortgage Services, Inc. as Servicing
           ypolycarpe@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                      TOTAL: 5

Case 06-11272    Doc 101    Filed 12/08/11    Entered 12/10/11 23:43:33    Desc Imaged
Certificate of Notice    Page 9 of 9