UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
LIBNER, JOSEPH A. § Case No. 06-11272
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on            , and it was converted to chapter 7 on          . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph Libner |  |  |  |
| LIBNER, JOSEPH A. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | CITI RESIDENTIAL LENDING INC. |  |  |  |  |  |
| 2 | HFC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| Sands & Associates | | | | | |
| Sands & Associates | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Auto PO Box 17904 San Diego, CA 92177 7904 | | | | | |
| | Palisades Collections LLC P.O. Box 1274 Englewood Cliffs, NJ 07632 | | | | | |
| 1 | B-LINE, LLC/CINGULAR WIRELESS LLC M | | | | | |
| 6 | CAPITAL ONE BANK C/O TSYS DEBT MANA | | | | | |
| 7 | CAPITAL ONE BANK C/O TSYS DEBT MANA | | | | | |
| 5 | CAPITAL ONE BANK CO TSYS DEBT MANAG | | | | | |
| 8 | CAVALRY PORTFOLIO SERVICES LLCC/O P | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | RESURGENT CAPITAL SERVICES LP AS SE | | | | | |
| 3 | ROUNDUP FUNDING, L.L.C. MAIL STOP 5 | | | | | |
| 10 | ROUNDUP FUNDING, LLC MAIL STOP 550 | | | | | |
| 9 | WILL COUNTY TREASURER | | | | | |
| 6I | CAPITAL ONE BANK C/O TSYS DEBT MANA | | | | | |
| 8I | CAVALRY PORTFOLIO SERVICES LLCC/O P | | | | | |
| 4I | RESURGENT CAPITAL SERVICES LP AS SE | | | | | |
| 10I | ROUNDUP FUNDING, LLC MAIL STOP 550 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-11272 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | LIBNER, JOSEPH A. | | | Date Filed (f) or Converted (c): | 03/14/08 (c) |
| | | | | 341(a) Meeting Date: | 05/01/08 |
| For Period Ending: | 08/07/12 | | | Claims Bar Date: | 08/21/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris checking-scheduled | 750.00 | 0.00 | DA | 0.00 | FA |
| 2. Savings account-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 3. Furniture-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 5. Pending FELA case-scheduled | 0.00 | Unknown | | 133,787.00 | FA |
| 6. Buick Skylark-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 211 Haines, New Lenox-scheduled | 330,000.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.70 | Unknown |
| TOTALS (Excluding Unknown Values) | $334,350.00 | $0.00 | | $133,792.70 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case was converted from a Chapter 13 to a Chapter 7 case in 2008. The Trustee hired special counsel to pursue an injury claim. The case was settled. The Trustee filed objections to certain claims, which were granted. The Final Report has been filed with the bankruptcy court.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 06-11272 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | LIBNER, JOSEPH A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8165  Money Market Account |
| Taxpayer ID No: | *******4105 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/11 | 5 | Canadian Pacific Railway | Payment of settlement per court order of April 15, 2011 DEPOSIT CHECK #628573 | 1149-000 | 133,787.00 | | 133,787.00 |
| 05/04/11 | 001001 | Sands & Associates | Payment of attorney fee per court order | 3210-600 | | 46,250.00 | 87,537.00 |
| 05/04/11 | 001002 | Sands & Associates | Payment of attorney's expenses per court order | 3220-610 | | 4,482.49 | 83,054.51 |
| 05/04/11 | 001003 | Joseph Libner | Payment of exemption | 8100-002 | | 15,000.00 | 68,054.51 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.77 | | 68,056.28 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 68,056.83 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 68,057.40 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 68,057.97 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 68,058.52 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 68,059.09 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.55 | | 68,059.64 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.57 | | 68,060.21 |
| 01/12/12 | | To Acct #*******8166 | Transfer for prupose of final distirbution | 9999-000 | | 68,060.21 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 133,792.70 | 133,792.70 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 68,060.21 | |
| Subtotal | | 133,792.70 | 65,732.49 | |
| Less:  Payments to Debtors | | | 15,000.00 | |
| Net | | 133,792.70 | 50,732.49 | |

Page Subtotals    133,792.70    133,792.70

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-11272 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | LIBNER, JOSEPH A. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******8166  Checking Account |
| Taxpayer ID No: | *******4105 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******8165 | Transfer for prupose of final distirbution | 9999-000 | 68,060.21 | | 68,060.21 |
| 01/25/12 | | Transfer to Acct #*******4844 | Bank Funds Transfer | 9999-000 | | 68,060.21 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 68,060.21 | 68,060.21 | 0.00 |
| Less:  Bank Transfers/CD's | 68,060.21 | 68,060.21 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals       68,060.21       68,060.21

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11272 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | LIBNER, JOSEPH A. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******4844 Checking Account |
| Taxpayer ID No: | *******4105 | | | |
| For Period Ending: | 08/07/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******8166 | Bank Funds Transfer | 9999-000 | 68,060.21 | | 68,060.21 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 7,428.91 | 60,631.30 |
| 01/25/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Expenses | 2200-000 | | 54.40 | 60,576.90 |
| 01/25/12 | 001003 | Resurgent Capital Services LP as Servicer LVNV<br>PO Box 10675<br>Greenville, SC  29603-0675 | Claim 4, Payment 100.00000% | 7100-000 | | 5,961.65 | 54,615.25 |
| 01/25/12 | 001004 | Capital One Bank c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA  30091 | Claim 6, Payment 100.00000% | 7100-000 | | 1,071.26 | 53,543.99 |
| 01/25/12 | 001005 | Cavalry Portfolio Services LLCc/o Providian<br>National Bank<br>7 Skyline Drive, Third Flr<br>Hawthorne, NY  10532 | Claim 8, Payment 100.00000% | 7100-000 | | 5,583.56 | 47,960.43 |
| 01/25/12 | 001006 | Roundup Funding, LLC Mail stop 550<br>PO Box 91121<br>Seattle, WA  98111 | Claim 10, Payment 100.00000% | 7100-000 | | 7,930.69 | 40,029.74 |
| 01/25/12 | 001007 | Resurgent Capital Services LP as Servicer LVNV<br>PO Box 10675<br>Greenville, SC  29603-0675 | Claim 4I, Payment 100.00000% | 7990-000 | | 1,540.65 | 38,489.09 |
| 01/25/12 | 001008 | Capital One Bank c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA  30091 | Claim 6I, Payment 100.00000% | 7990-000 | | 276.84 | 38,212.25 |
| 01/25/12 | 001009 | Cavalry Portfolio Services LLCc/o Providian | Claim 8I, Payment 100.00000% | 7990-000 | | 1,442.94 | 36,769.31 |

Page Subtotals          68,060.21          31,290.90

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011)  *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11272 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | LIBNER, JOSEPH A. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4844 Checking Account |
| Taxpayer ID No: | *******4105 | | |
| For Period Ending: | 08/07/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/12 | 001010 | National Bank<br>7 Skyline Drive, Third Flr<br>Hawthorne, NY  10532<br>Roundup Funding, LLC Mail stop 550<br>PO Box 91121<br>Seattle, WA  98111 | Claim 10I, Payment 100.00000% | 7990-000 | | 2,049.50 | 34,719.81 |
| 01/25/12 | 001011 | LIBNER, JOSEPH A.<br>211 HAINES AVE.<br>NEW LENOX, IL  60451 | Claim SURPLUS, Payment 100.00000% | 8200-002 | | 34,719.81 | 0.00 |

```
                              COLUMN TOTALS              68,060.21     68,060.21         0.00
                      Less: Bank Transfers/CD's          68,060.21          0.00
                              Subtotal                        0.00     68,060.21
                      Less: Payments to Debtors                        34,719.81
                              Net                             0.00     33,340.40
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********8165 | 133,792.70 | 50,732.49 | 0.00 |
| Checking Account - ********8166 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4844 | 0.00 | 33,340.40 | 0.00 |
| | 133,792.70 | 84,072.89 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00        36,769.31

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*